**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Robert Lee Moore,<br><br>Petitioner,<br><br>vs.<br><br>Warden Bailey,<br><br>Respondent. | ) | C/A No. 5:26-cv-184-TMC-KDW<br><br>**REPORT AND RECOMMENDATION** |

Petitioner, proceeding pro se, brought this habeas petition under 28 U.S.C. § 2254. ECF No. 1. Respondent Warden Bailey filed a Return and a Motion for Summary Judgment, ECF Nos. 24, 25, on May 20, 2026. Because Petitioner is proceeding pro se, the court entered an order on May 21, 2026, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. ECF No. 26. Petitioner was specifically advised that if he failed to respond adequately by June 22, 2026, Respondent's Motion may be granted, thereby ending this case. Petitioner did not respond.

On July 17, 2026, the court directed Petitioner to advise whether he wished to continue with this case and to file a response to Respondent's Motion for Summary Judgment by August 17, 2026. ECF No. 32. Petitioner has not responded.

Because Petitioner filed no response to any of the court's orders regarding the pending Motion for Summary Judgment, it appears that he does not oppose Respondent's Motion and wishes to abandon his action. Therefore, the undersigned recommends Petitioner's action be dismissed with prejudice for failure to prosecute *See* Fed. R. Civ. P. 41(b); *Davis v. Williams*, 588

F.2d 69, 70 (4th Cir. 1978). Under *Davis*, a court deciding whether to dismiss a case under Federal Rule of Civil Procedure 41(b) must balance the policy of deciding cases on their merits against "sound judicial administration." In so doing, the court must weigh: 1) plaintiff's responsibility for failure to prosecute, 2) prejudice to defendant from delay, 3) history of delay, and 4) effectiveness of lesser sanctions. *Davis*, 588 F.2d at 70; *see Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (noting and applying *Davis* factors in dismissing case under Fed. R. Civ. P. 41(b)); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (same)). Based upon the above, and taking into account the factors in *Davis*, *Ballard*, and *Chandler*, the undersigned recommends this action be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

August 26, 2026
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**